FREDERICK McEWEN, Respondent, *v.* THOMAS DIMOND et al.,
                              Appellants.

*McEwen* v. *Dimond*, 87 App. Div. 633, affirmed.
(Submitted January 13, 1905; decided January 31, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 4, 1903, affirming a judgment in favor of plaintiff
entered upon a verdict directed by the court.

*Charles De Hart Brower* and *William H. Harris* for
appellants.

*Thomas C. Ennever* and *William H. Beam* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
VANN and WERNER, JJ. Not voting: GRAY, J.

---

THE AMERICAN TRUST AND SAVINGS BANK OF CHICAGO et al.,
    as Trustees under a Mortgage of THE MARCELLUS ELECTRIC
    RAILWAY COMPANY, Appellants, *v.* THE CROWN MILLS et al.,
    Respondents.

*American Trust & Savings Bank* v. *The Crown Mills*, 87 App. Div. 610,
affirmed.
(Argued January 16, 1905; decided January 31, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
October 6, 1904, affirming a judgment in favor of defend-
ants entered upon the report of a referee.

*C. W. Andrews* for appellants.

*C. G. Baldwin* and *Elisha B. Powell* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and WERNER, JJ.